FILED

Jan 06 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ DimitriEnglish          DEPUTY

LaTawnya Cowan
3525 Hudson Circle
Manhattan KS 66503

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

LaTawnya Cowan
V.
CA DEPARTMENT OF SOCIAL SERVICES

CASE NUMBER:    '26 CV0095 BJC  BLM

### COMPLAINT IN A CIVIL ACTION

1. PLAINTIFF: LATAWNYA COWAN 3525 HUDSON CIRCLE MANHATTAN KS 66503, 785-789-2280
2. DEFENDANT: California Department of social services 744 P Street  Sacramento, CA 95814
3. Jurisdiction: the court has jurisdiction over this case because it involves diversity plaintiff is a citizen of the state of Kansas attendant is a state agency in the state of California, the case involves allegations regarding defendants, subjecting plaintiff in her children to cruel and unusual punishment under 42 USC 1983, and violating plaintiffs rights under violence against women act, the rehabilitation act, the Americans With Disabilities Act, the civil rights act and the unruh act. The fair housing act.
4. Dates of violations/ discrimination: 01/01/2022-12/29/2025 ongoing

Background:

Plaintiff and her children have been residents of the state of California except for temporary absences related to specialist, medical care and or specialist disability employment training since January 1994. Plaintiff is permanently and totally disabled and blind has life-threatening chronic terminal illness and a mobility impairment as well as cognitive/developmental disabilities. plaintiff has been found eligible for California state rehab rehabilitation services for the blind, which determined that she is a resident of the state of California and has a vision impairment and other disabilities so severe that she qualified for immediate services to remain living independent in her community and receive both employment and independent living services from the state of California California state services for the blind is a division of California Department of social services. Thus the agency has had proof of plaintiff disability for approximately 31 years. Defendants discriminated against plaintiff because she is permanently and totally disabled and participate in the mainstream housing choice voucher program for persons with disabilities and was granted policy, exceptions and reasonable accommodations by US Department of Housing and Urban Development in the administration of her voucher.

Claims for relief:
Plaintiff visited Defendant's business. Defendant denied full and equal access due to Plaintiff's disability (e.g., cerebral palsy, wheelchair user).Specific barriers: Architectural (no ramp, high counter) or Policy-based (refused service). Each barrier/violation is a potential separate claim for damages.

1. **Causes of Action (The "Why"):**
   - o Violation of the Unruh Civil Rights Act (California Civil Code § 51).
   - o Often coupled with violations of the federal Americans with Disabilities Act (ADA), rehabilitation act, violence against women act, civil rights act, fair housing act
   - o Violations of the plaintiff's rights afforded her by US Department of agriculture and US Department of health and human services programs, regulations and special policies for the elderly blind and disabled/program participants who receive supplemental security income for the blind

2. **Relief Sought:**
   - o **Statutory Damages:** Minimum $4,000 for each violation (e.g., per visit, per barrier). Punitive damages for emotional distress, loss of enjoyment of life – diminished quality of life, Parental alienation, Slander and libel. punitive damages for cruel and unusual punishment, withholding necessities, such as food, medical care transportation to and from medical treatment and housing.
   - o **Injunctive Relief:** Order for Defendant to remove barriers and resend all illegal overpayment and intentional program, violations sanctions imposed on plaintiff and her children
   - o Restoration of all underpaid, benefits, and ongoing benefits to allow plaintiff in her children, full participation and equal access in defendants programs and services, including, but not limited to housing support, homeless assistance, and family, preservation, and reunification program

as well as accessible visitation with her daughter at the expense of the agency

- o **Attorney's Fees & Costs:** Plaintiff's legal expenses if they win.

Respectfully submitted:  LaTawnya Cowan, Plaintiff Pro Se

as well as accessible visitation with her daughter at the expense of the agency

- o **Attorney's Fees & Costs:** Plaintiff's legal expenses if they win.

Respectfully submitted:  LaTawnya Cowan, Plaintiff Pro Se